IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JACOB ARREDONDO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | § § § § § | |
| Plaintiff, | § | |
| v. | § | Case No. 1:23-cv-00037-DAE |
| | § | |
| SHUFFLE 512, LLC and MATTHEW MORGAN, | § § § | |
| Defendants. | § § § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Jacob Arredondo and Defendants Shuffle 512, LLC and Matthew Morgan file this Joint Notice of Settlement to notify the Court that the parties have reached a settlement of all claims in the above-styled cause. The parties are working to finalize the settlement agreement and anticipate filing a Joint Stipulation of Dismissal within the next 30 days. Therefore, the parties jointly move the Court to temporarily abate all deadlines imposed by the Federal Rules of Civil Procedure and this Court's Local Rules pending the anticipated dismissal of the action.

Respectfully submitted,

**CORNELL SMITH MIERL
BRUTOCAO BURTON, LLP**
1607 West Avenue
Austin, Texas 78701
Telephone:  (512) 328-1540
Telecopy:   (512) 328-1541

Andrew Broadaway
State Bar No. 24082332
abroadaway@cornellsmith.com
Josh Ordiway
State Bar No. 24126538
jordiway@cornellsmith.com

By: */s/ Andrew J. Broadaway*
    Andrew J. Broadaway

**ATTORNEYS FOR DEFENDANTS**


**THE BUENKER LAW FIRM**
P.O. Box 10099
Houston, Texas 77206
713-868-3388 Telephone
713-683-9940 Facsimile

Josef F. Buenker
State Bar No. 03316860
jbuenker@buenkerlaw.com

By:  */s/ Josef F. Buenker*
    Josef F. Buenker

**ATTORNEY-IN-CHARGE FOR PLAINTIFF JACOB ARREDONDO**

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

By: */s/ Andrew J. Broadaway*
Andrew J. Broadaway

## **CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for both parties conferred by email on June 16, 2023, and agreed to this motion.

By: */s/ Andrew J. Broadaway*
Andrew J. Broadaway