IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JACOB ARREDONDO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>SHUFFLE 512, LLC and MATTHEW MORGAN,<br><br>Defendants. | § § § § § § § § § § § § | Case No. 1:23-cv-00037-DAE |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Joint Stipulation of Dismissal with Prejudice filed July 14, 2023. (Dkt. # 12.) Having reviewed the Stipulation, the Court finds that Plaintiff's claims against Defendants should be dismissed with prejudice.

**IT IS ORDERED** that all claims and causes of action in the above-captioned lawsuit are **DISMISSED WITH PREJUDICE**. Unless otherwise decided by the parties, Plaintiff and Defendants shall bear their own attorneys' fees and costs. The Clerk is **INSTRUCTED TO CLOSE THE CASE**.

DATED: Austin, Texas, July 17, 2023.

_____
DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE